UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

STANLEY DAY

    Plaintiff,

v.                                         CASE NO.:   9:17-cv-80784-RLR

JP MORGAN CHASE BANK, N.A.,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** STANLEY DAY, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, STANLEY DAY, and Defendant, JP MORGAN CHASE BANK, N.A., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 20th day of October, 2017, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                                Respectfully submitted,

                                                */s/Heather H. Jones*
                                                Heather H. Jones, Esq.
                                                Florida Bar No. 0118974
                                                William "Billy" Peerce Howard, Esq.
                                                Florida Bar No. 0103330
                                                THE CONSUMER PROTECTION FIRM, PLLC
                                                210-A South MacDill Avenue
                                                Tampa, FL 33609
                                                Telephone: (813) 500-1500, ext. 205
                                                Facsimile: (813) 435-2369
                                                Heather@TheConsumerProtectionFirm.com
                                                Billy@TheConsumerProtectionFirm.com
                                                *Attorney for Plaintiff*