UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

STANLEY DAY,

    Plaintiff,

v.                                         CASE NO.: 9:17-cv-80784-RLR

JPMORGAN CHASE BANK, N.A.

    Defendant.

_____

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

_____

    COMES NOW, Plaintiff Stanley Day, and Defendant JPMorgan Chase Bank, N.A., by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

    Respectfully submitted on November 20, 2017.

| | |
|---|---|
| */s/ Heather H. Jones* | */s/ Jessica D. Rabinowitz* |
| Heather H. Jones, Esq. | Jessica D. Rabinowitz, Esq. |
| Florida Bar No.: 0118974 | Florida Bar No.: 106163 |
| William "Billy" Peerce Howard, Esq. | STROOCK & STROOCK & LAVAN LLP |
| Florida Bar No.: 0103330 | 200 South Biscayne Blvd., Suite 3100 |
| THE CONSUMER PROTECTION FIRM, PLLC | Tel: (305) 358-9900 |
| 210-A South MacDill Avenue | Fax: (305) 789-9302 |
| Tampa, FL 33609 | jrabinowitz@stroock.com |
| Tel (813) 500-1500/Fax: (813) 435-2369 | *Attorney for Defendant* |
| Heather@TheConsumerProtectionFirm.com | |
| Billy@TheConsumerProtectionFirm.com | |
| *Attorneys for Plaintiff* | |